1  JANE H. BARRETT (CA SBN 53115)
   JBarrett@mofo.com
2  MARK R. MCDONALD (CA SBN 137001)
   MMcDonald@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant(s)
   MAIL BOXES ETC. USA, INC.; MAIL BOXES ETC.;
7  MAIL BOXES ETC., INC.; UNITED PARCEL SERVICE,
   INC (DE); UNITED PARCEL SERVICE, INC. (NY); and
8  UNITED PARCEL SERVICE, INC. (OH)

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                  WESTERN DIVISION

13

14  SAMICA ENTERPRISES, LLC, an          Case No. 2-06 CV 02800 ODW-CT
    Illinois limited liability company; et al.,
15
                   Plaintiffs,
16                                        [PROPOSED] PROTECTIVE
                                          ORDER
17        v.

18  MAIL BOXES ETC. USA, INC., et al.,
                                          Hon. Otis D. Wright, II
19                 Defendants.

20

21

22

23

24

25

26

27

28

                        [PROPOSED] PROTECTIVE ORDER

la-968958

Based on the attached Stipulation to Entry of Protective Order, and good cause appearing therefore, the Court hereby enters the attached Stipulation as the Protective Order of the Court.

IT IS SO ORDERED.


Dated:  March 20, 2008

_____
HON. OTIS D. WRIGHT, II
United States District Judge

1

[PROPOSED] PROTECTIVE ORDER

la-968958