JANE H. BARRETT (CA SBN 53115)
JBarrett@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
RBorenstein@mofo.com
MARK R. MCDONALD (CA SBN 137001)
MMcDonald@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
MAIL BOXES ETC. INC., *et al.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMICA ENTERPRISES, LLC, an Illinois limited liability company, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MAIL BOXES ETC., USA, INC., a California corporation; MAIL BOXES ETC., a California corporation, *et al.*, <br><br> Defendants. | Case No. 2:06-CV-02800-ODW (CT) <br><br> [The Honorable Otis D. Wright, II] <br><br><br> JUDGMENT IN FAVOR OF DEFENDANTS |

la-1066129

## JUDGMENT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On October 3, 2008, Defendants Mail Boxes Etc. USA, Inc., Mail Boxes Etc., Mail Boxes Etc., Inc., United Parcel Service, Inc. (DE), United Parcel Service, Inc. (NY), and United Parcel Service, Inc. (OH) ("Defendants") filed motions for summary judgment, or in the alternative, partial summary judgment against four "Phase I Plaintiffs" (*i.e.*, plaintiffs who purchased The UPS Store franchisees in the first instance) and four Phase II Plaintiffs (*i.e.* plaintiffs who originally operated Mail Boxes Etc. centers but converted to The UPS Store).  Those motions were heard on December 18, 2008, at 1:30 p.m. in the Courtroom of the Honorable Otis D. Wright, II, located at 312 North Spring Street, Los Angeles, California 90012. Counsel from Morrison & Foerster appeared on behalf of Defendants.  L. Michael Hankes and counsel from Lagarias & Boulter appeared on behalf of the Plaintiffs. The Court granted Defendants' motions directed to the Phase I and Phase II Plaintiffs on December 22, 2008.

On April 27, 2009, Defendants filed motions for summary judgment, or in the alternative, partial summary judgment against the remaining Phase I Plaintiffs (*i.e.*, the "Non-Converting Plaintiffs") and the remaining Phase II Plaintiffs (*i.e.*, the "Converting Plaintiffs").  Those motions were heard on August 17, 2009 at 1:30 p.m. at the same location and with the same counsel as set forth above.  The Court granted Defendants' motions directed to the Non-Converting Plaintiffs and the Converting Plaintiffs on February 26, 2010.

The Court, having read and considered the papers and admissible evidence submitted and having heard the arguments of counsel and good cause having been shown, hereby ORDERS as follows:

1.     In accordance with this Court's December 22, 2008 Order Granting Defendants' Motions for Summary Judgment [Docket Entry 179], which by this

la-1066129

1   reference is incorporated as part of this Judgment as though set forth in full herein,

2   Defendants are entitled to judgment against the Phase I and Phase II Plaintiffs.

3       2.      In accordance with this Court's February 26, 2010 Order Granting

4   Defendants' Motions for Summary Judgment [Docket Entry 448], which by this

5   reference is incorporated as part of this Judgment as though set forth in full herein,

6   Defendants are entitled to judgment against the Converting and Non-Converting

7   Plaintiffs.

8       3.      The Court's December 22, 2008 and February 26, 2010 Orders resolve

9   the claims asserted by all Plaintiffs in this action.

10      NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that

11  Plaintiffs take nothing, that the action be dismissed on the merits, that final

12  judgment is ENTERED for Defendants against all Plaintiffs, and that Defendants

13  recover their costs.

14

15

16  Dated: March 9, 2010

17

18

19  _____

20  The Honorable Otis D. Wright, II
    United States District Court Judge

21

22

23

24

25

26

27

28